UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61073-CIV-GRAHAM/O'SULLIVAN

GABRIELLA FLOCO,

    Plaintiff,

v.

HERMAN FIELD, INC., and
JERRY HERMAN,

    Defendants.
_____

## ORDER AND NOTICE OF SETTLEMENT

THIS MATTER is before the Court *sua sponte* following a Settlement Conference conducted by the undersigned, United States Magistrate Judge O'Sullivan, in Chambers on Monday, March 12, 2007. The parties have reached a **SETTLEMENT**.

The Court has reviewed the settlement reached in this case and determined its fairness pursuant to the Fair Labor Standards Act ("FLSA").  Having heard from the parties regarding the case and having reviewed the terms of the settlement agreement, the Court finds that the  settlement is fair.   See Lynn's Food Stores, Inc. v. United States of America, 679 F.2d 1350, 1354 (11th Cir. 1982) ("If a settlement in an employee FLSA suit does reflect a reasonable compromise over issues, such as FLSA coverage or computation of back wages, that are actually in dispute, we allow the district court to approve the settlement in order to promote the policy of encouraging settlement of litigation.").  Accordingly, it is

ORDERED AND ADJUDGED that the settlement agreement between the parties

is APPROVED.  It is further

ORDERED AND ADJUDGED that the status conference scheduled for this Wednesday, March 14, 2007 is **CANCELLED**.  It is further

ORDERED AND ADJUDGED that, on or before Monday, April 2, 2007, the parties shall file appropriate papers with the Court requesting that the case be dismissed.

**DONE and ORDERED** in Chambers at Miami, Florida this **12th** day of March, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Graham
All counsel of record